

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

November 7, 2023

Hon. Victoria Reznik
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *United States v. Hugens Woodson*, 23 Mag. 7098

Dear Judge Reznik:

    Today, the Court held an initial appearance in the above captioned matter and the defendant was presented on a sealed complaint. The Government hereby requests that the Court unseal the complaint.

Sincerely,

DAMIAN WILLIAMS
United States Attorney

By: _____
Shaun E. Werbelow
Assistant United States Attorney
Southern District of New York
(914) 993-1962

APPLICATION GRANTED

_____
Hon. Victoria Reznik, U.S.M.J.
11/7/2023